Certificate Number: 05781-PAE-DE-027899439

Bankruptcy Case Number: 16-15412



05781-PAE-DE-027899439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2016, at 10:30 o'clock AM PDT, Iris R. Jiggetts completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 12, 2016

By: /s/Allison M Geving

Name: Allison M Geving

Title: President