United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-15412-jkf
Iris R. Jiggetts   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2   Date Rcvd: Dec 02, 2016
    Form ID: 318   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
```
db             +Iris R. Jiggetts,   846 North Brooklyn Street,   Philadelphia, PA 19104-1444
13768842       +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13768843       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
13768845       +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
                 St Louis, MO 63179-0040
13768857      ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank Nv Na,   1 Home Campus X2303-01a,
                 Des Moines, IA 50326)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QLEFELDMAN.COM Dec 03 2016 02:13:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg             E-mail/Text: bankruptcy@phila.gov Dec 03 2016 02:33:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 03 2016 02:32:39
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 03 2016 02:33:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13768841        EDI: CAPITALONE.COM Dec 03 2016 02:18:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
13768840       +EDI: CAPITALONE.COM Dec 03 2016 02:18:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
13768844       +EDI: SEARS.COM Dec 03 2016 02:18:00      Citibank / Sears,   Po Box 6283,
                 Sioux Falls, SD 57117-6283
13768846       +EDI: CITICORP.COM Dec 03 2016 02:18:00      Citibank/Best Buy,   Po Box 6241,
                 Sioux Falls, SD 57117-6241
13768848       +EDI: WFNNB.COM Dec 03 2016 02:18:00      Comenitycapital/bjsclb,   Po Box 182120,
                 Columbus, OH 43218-2120
13768847       +EDI: WFNNB.COM Dec 03 2016 02:18:00      Comenitycapital/bjsclb,   Po Box 182125,
                 Columbus, OH 43218-2125
13773037        EDI: RECOVERYCORP.COM Dec 03 2016 02:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13768849       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/ JC Penney,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13768850       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/ JC Penney,   Po Box 965007,
                 Orlando, FL 32896-5007
13768851       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13768852       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/Lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
13768853       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13768854       +EDI: RMSC.COM Dec 03 2016 02:18:00      Synchrony Bank/Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
13768855       +EDI: WTRRNBANK.COM Dec 03 2016 02:18:00      Target,   C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,   Minneapolis, MN 55440-9475
13768856       +EDI: WTRRNBANK.COM Dec 03 2016 02:18:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673
13768858       +EDI: WFFC.COM Dec 03 2016 02:18:00      Wells Fargo Bank Nv Na,   Po Box 94435,
                 Albuquerque, NM 87199-4435
13768859       +EDI: WFFC.COM Dec 03 2016 02:18:00      Wells Fargo Card Services,   Mac F82535-02f,
                 Po Box 10438,   Des Moines, IA 50306-0438
13768860        EDI: WFFC.COM Dec 03 2016 02:18:00      Wells Fargo Card Services,
                 Credit Bureau Dispute Resoluti,   Des Moines, IA 50306
                                                                                               TOTAL: 22
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 02, 2016
                              Form ID: 318             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              PAUL H. YOUNG    on behalf of Debtor Iris R. Jiggetts ykassoc@gmail.com,  ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Iris R. Jiggetts**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3518**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **16–15412–jkf** | | |

# Order of Discharge                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Iris R. Jiggetts

12/1/16                                                          **By the court:**   <u>Jean K. FitzSimon</u>
                                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                  **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**